UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC -8 PM 12: 32

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:22-cr-94 |
| ) | |
| FREDRICK CAMPBELL II, aka "Momo," and ) | |
| JASON SICELY, aka "Jay," ) | |
| Defendants. ) | |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count One

Between in or about June 2022 to on or about August 4, 2022, in the District of Vermont and elsewhere, the defendants JASON SICELY, aka "Jay," FREDRICK CAMPBELL II, aka "Momo," and others, known and unknown to the grand jury, knowingly and willfully conspired to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

1

## Count Two

On or about August 4, 2022, in the District of Vermont, the defendants JASON SICELY, aka "Jay," FREDRICK CAMPBELL II, aka "Momo," knowingly and intentionally possessed with the intent to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

REDACTED

FOREPERSON

NIKOLAS P. KEREST (JAO)
United States Attorney
Burlington, Vermont
December 8, 2022