U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2022 DEC -8  PM 12: 28

CLERK

BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:22-cr-94
)
FREDRICK CAMPBELL II, aka "Momo," and )
JASON SICELY, aka "Jay," )
Defendants. )

## MOTION TO PARTIALLY SEAL INDICTMENT

The United States of America, by and through its attorney, Nikolas P. Kerest, United

States Attorney for the District of Vermont, moves the Court to seal the Superseding Indictment,

and this motion, in this case.  The government requests a redacted copy of the Superseding

Indictment be filed as to FREDRICK CAMPBELL II, aka "Momo," who is currently on pretrial

conditions of release. The other defendant, JASON SICELY, aka "Jay," has not been arrested

and is presently at liberty.  Sealing these documents will protect the safety of the arresting

officers and ensure the defendant does not flee.

WHEREFORE, the United States requests that the Court grant this motion to seal the

Superseding Indictment, this motion, the arrest warrant and authorize the filing of a redacted

copy of the Superseding Indictment until such time as defendant JASON SICELY has been

arrested, at which time all documents shall be unsealed.

Dated at Burlington, in the District of Vermont, this 8th day of December, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By:

JONATHAN OPHARDT
Assistant U.S. Attorney
United States Attorney's Office
P.O. Box 570
Burlington, VT 05402-0570
802-951-6725
Jon.Ophardt@usdoj.gov