UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-94-2 |
| | ) | |
| FREDRICK CAMPBELL II | ) | |

## **ORDER**

Defendant Fredrick Campbell II has filed a third motion for enlargement of the time to file pretrial motions. The third motion makes a 45 days extension from June 12, 2023 up to and including Thursday, July 27, 2023. The motion is unopposed.

The Court has considered the representations of defense counsel and the interests of the defendants in a speedy trial. The Court finds that failure to grant the requested continuance would unreasonably deny counsel for Mr. Campbell the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

In making these findings, the Court relies upon the following representation of defense counsel. The requested extension is necessary to accommodate the additional discovery relating to Terry Catchings, Jr., recently identified as the codefendant added to the case pursuant to the Third Superseding Indictment filed under seal on March 30, 2023. Mr. Catchings arraignment is scheduled for July 18, 2023, and defense counsel expects that proceeding to result in a Criminal Pretrial Scheduling Order establishing a new pretrial schedule, including the date by which all defendants must file pretrial motions. The requested extension also will accommodate defense counsel's ongoing discussions with his client and the attorney for the government regarding a possible plea agreement, which would obviate the need to file a motion to suppress currently under

consideration by defense counsel. In addition, Mr. Campbell has been advised and recognizes that any additional time granted will be excluded from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and expressly consents to the exclusion. Finally, the government has no objection to the requested extension.

    Accordingly, Defendant's Motion is GRANTED. Pretrial motions are to be filed by Thursday, July 27, 2023.

    Dated at Burlington, Vermont this 6th day of June 2023.

/s/ William K. Sessions III
_____
Hon. William K. Sessions III
United States District Judge